FILED
DISTRICT COURT OF GUAM

AUG 03 2015

# UNITED STATES DISTRICT COURT

for the

District of Guam

JEANNE G. QUINATA
CLERK OF COURT

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | Case No. **MJ - 1 5 - 0 0 0 5 9** |
| *or identify the person by name and address)* | ) | |
| One (1) U.S. Priority Mail Package Bearing the Printed | ) | |
| Address of J. Clement, 2767 Fashion Ave, Long Beach, | ) | |
| CA 90810 (See Attachment A) | ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Guam _____
*(identify the person or describe the property to be searched and give its location)*:

One (1) U.S. Priority Mail Package Bearing the Printed Address of J. Clement, 2767 Fashion Ave, Long Beach, CA 90810. Property is further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substance held in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846. Items of personal property tending to identify the person(s) ownership and control of the package which is subject to this warrant. Proceeds from the sale of controlled substances.

**YOU ARE COMMANDED** to execute this warrant on or before _____ August 7, 2015 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___ Joaquin V.E. Manibusan, Jr., U.S. Magistrate Judge ___.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     7/24/15     11:02 A.M.     _____
*Judge's signature*

City and state:     Hagatna, Guam     JOAQUIN V.E. MANIBUSAN, JR., U.S. Magistrate Judge
*Printed name and title*

ORIGINAL

| Return | | |
|---|---|---|
| Case No.:<br>NJ-15-00059 | Date and time warrant executed:<br>7/24/15  11:07A | Copy of warrant and inventory left with:<br>USPS- delayed |
| Inventory made in the presence of : | | |

Inventory of the property taken and name of any person(s) seized:

Nothing seized.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  8/3/15

_Executing officer's signature_

Deborah L Epps  US Postal Inspector
_Printed name and title_

Returned before me on  8/3/15 at 11:06 A.M.

ORIGINAL

ATTACHMENT A

One (1) U.S. Priority Mail Package is further described as a package bearing $24.30 in

US Postage, identified by USPS Tracking Number 9505 5110 6597 5204 5279 78, and addressed

as follows:

FROM:                          TO:
R. Castaneda                   J. Clement
P.O. Box 8375                  2767 Fashion Ave
Agat, GU  96928                Long Beach, CA  90810

The CLEMENT package weighs approximately 5 pounds, 0.7 ounces, and measures

approximately 12" x 12" x 8 1/4".

